**IT IS ORDERED as set forth below:**

**Date: January 31, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-66097-jwc |
| DERRICK D. COLLIER,<br>　　　　Debtor. | CHAPTER: 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB,<br>　　　　Movant,<br>v.<br>DERRICK D. COLLIER, Debtor,<br>NANCY J. WHALEY, Trustee,<br>　　　　Respondents. | JUDGE: HONORABLE JEFFREY W. CAVENDER<br><br>CONTESTED MATTER |

ORDER GRANTING MOTION TO VACATE DISMISSAL [Doc. No. 13]

THIS MATTER came before the Court on January 15, 2019 after Notice of Hearing to all parties by Movant. There was no appearance by the Debtor. For the reasons stated on the record,

IT IS HEREBY ORDERED that the dismissal is VACATED for the limited purpose of the filing and adjudication of Movant's Motion to Annul the Automatic Stay and Validate the Foreclosure Sale.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

*/s/ Radha Gordon*
Radha Gordon, Bar No.: 347192
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Toll-Free: (844) 470-8804
Fax: (619) 590-1385
Email: rgordon@aldridgepite.com


NO OPPOSITION:
/s/ Julie M. Anania          *with express permission.*
Julie M. Anania, Bar No. 477064
Staff Attorney for Nancy J. Whaley,
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
Phone:  (678) 992-1201

Case 18-66097-jwc    Doc 18    Filed 02/02/19    Entered 02/03/19 01:16:23    Desc Imaged
Certificate of Notice    Page 3 of 4

DISTRIBUTION LIST

Derrick D. Collier
2325 Bigwood Trail
Atlanta, GA 30349


Nancy J. Whaley
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303


ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                                    Case No. 18-66097-jwc
Derrick D Collier                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9              User: law2                    Page 1 of 1                 Date Rcvd: Jan 31, 2019
                                  Form ID: pdf543               Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db             +Derrick D Collier,    2325 Bigwood Tr,    Atlanta, GA 30349-9067
21847664       +McCalla Raymer Leibert Pierce,    1544 Old Alabama Rd,    Roswell, GA 30076-2102
21902124        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,     Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
21847665       +Rubin Liblin LLC,    3145 Avalon Ridge Pkwy,    Ste 100,   Norcross, GA 30071-1570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jan 31 2019 22:04:31
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust*           +Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
                                                                                            TOTALS: 0, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              Julie M. Anania    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Radha E. Gordon    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               Rgordon@aldridgepite.com, ecfganb@aldridgepite.com
                                                                                             TOTAL: 3
```